**Amanda E. Lee**, *Pro Hac Vice*  
lee@sgb-law.com  
**Jeffery P. Robinson**, *Pro Hac Vice*  
robinson@sgb-law.com  
SCHROETER, GOLDMARK & BENDER  
810 Third Avenue, Suite 500  
Seattle, WA 98104  
(206) 622-8000  
Fax: (206) 682-2305  

Local Counsel:  
**Kelly R. Beckley**, OSB #74031  
kbeckley@beckleyandlongtin.com  
P.O. Box 11098  
Eugene, OR 97440  
(541) 683-0888  
Fax: (541) 683-0889  

Attorneys for Defendant McGowan

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>JOSEPH DIBEE, *et al.*,<br><br>                       Defendants. | Case No. CR 06-60011-AA-4<br><br>[PROPOSED] ORDER GRANTING AGREED MOTION TO RESCHEDULE MOTION DEADLINES |

THE COURT having reviewed the request submitted on behalf of Mr. McGowan for an order rescheduling the deadlines pertaining to the motion for discovery,

IT IS NOW ORDERED that the Government's deadline for submitting its response to the motion for discovery related to NSA surveillance is November 3, 2006.

DATED this _____ day of _____, 2006.

_____  
The Honorable Ann Aiken  
United States District Court Judge

ORDER GRANTING  
AGREED MOTION - 1

SCHROETER GOLDMARK & BENDER  
500 Central Building • 810 Third Avenue • Seattle, WA 98104  
Phone (206) 622-8000 • Fax (206) 682-2305

Presented by:

*s/ Amanda E. Lee*
AMANDA E. LEE, WSBA #19970
JEFFERY P. ROBINSON, WSBA #11950
Counsel for Defendant McGowan

ORDER GRANTING
AGREED MOTION - 2

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305