**Amanda E. Lee**, *Pro Hac Vice*
lee@sgb-law.com
**Jeffery P. Robinson**, *Pro Hac Vice*
robinson@sgb-law.com
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
Fax: (206) 682-2305

Local Counsel:
**Kelly R. Beckley**, OSB #74031
kbeckley@beckleyandlongtin.com
P.O. Box 11098
Eugene, OR 97440
(541) 683-0888
Fax: (541) 683-0889

Attorneys for Defendant McGowan

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>JOSEPH DIBEE, *et al.*,<br><br>                      Defendants. | Case No. CR 06-60011-AA-4<br><br>[PROPOSED] ORDER STRIKING DISCOVERY MOTION AND SETTING STATUS HEARING |

THE COURT having reviewed the notice withdrawing the discovery motion and request for status hearing submitted on behalf of Mr. McGowan,

IT IS NOW ORDERED that the motion for production of surveillance data and material, <u>see</u> Defendants' Joint Discovery Motion (Dkt. No. 90) and Motion in Support (Dkt. No. 147), is STRICKEN and a status hearing is scheduled for November 9, 2006, at 9:30 AM.

DATED this \_\_\_\_\_ day of _____, 2006.

 

_____
The Honorable Ann Aiken
United States District Court Judge

Presented by:

 *s/ Amanda E. Lee*
AMANDA E. LEE, WSBA #19970
JEFFERY P. ROBINSON, WSBA #11950
Counsel for Defendant McGowan

ORDER STRIKING MOTION AND
SETTING STATUS HEARING - 2